JOHN P. HOLMES ET AL. *v.* TIME INSURANCE COMPANY

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted by the court unless the plaintiffs, on or before December 20, 1977, file their assignment of errors.

*Kenneth M. Evans,* for the appellee (defendant).
*Walter Marcus,* for the appellants (plaintiffs).

Argued December 6—decided December 6, 1977

ANDREAS SCHMATA *v.* JOHN MATYI ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted by the court.

*Charles Tomasino,* for the appellee (plaintiff).
*David E. Schancupp,* for the appellants (named defendant et al.).

Argued December 6—decided December 6, 1977

CAHN ENGINEERS, INC. *v.* LEONARD INTELISANO ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is dismissed by the court.

No appearance for the appellee (plaintiff).
*William W. Dickinson, Jr.,* for the appellants (named defendant et al.).